NO. 07-04-0030-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

AUGUST 3, 2004

_____

ROYCE BICKLEIN, APPELLANT

V.

THE EDUCATION RESOURCES, INC., APPELLEE

_____

FROM THE COUNTY CIVIL COURT AT LAW NO. 3 OF LUBBOCK COUNTY;

NO. 2003-594336; HONORABLE PAULA LANEHART, JUDGE

_____

Before QUINN and REAVIS and CAMPBELL, JJ.

**MEMORANDUM OPINION**

Appellant Royce Bicklein and appellee The Education Resources Institute, Inc. have filed a joint motion to dismiss this appeal because the parties have reached a settlement. The motion is signed by attorneys for both parties. Without passing on the merits of the case, we grant the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.1(a)(1) and dismiss the appeal.

Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained and our mandate will issue forthwith.


James T. Campbell
Justice